**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **CAROLYN SINGH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 03-1681 (RCL)** |
| **GEORGE WASHINGTON** | ) | |
| **UNIVERSITY SCHOOL OF** | ) | |
| **MEDICINE AND HEALTH** | ) | |
| **SCIENCES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## **JUDGMENT**

In accord with the Findings of Fact and Conclusions of Law issued this date, it is hereby

ORDERED that Judgment be entered in favor of defendant and against plaintiff.  It is

further

ORDERED that this case is hereby DISMISSED WITH PREJUDICE.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 12, 2006.